**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**SONJA FOX DORMINEY,**

**Plaintiff,**

**vs.** **CASE NO. 5:05cv5-LC/WCS**

**JO ANNE B. BARNHART,
Commissioner of Social Security,**

**Defendant.**

**________________________________/**

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 1, 2005. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of any portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The decision to deny Plaintiff's application for supplemental security income benefits be **AFFIRMED**.

DONE AND ORDERED this 25th day of September, 2005.

s/L.A. Collier
LACEY A. COLLIER
Senior United States District Judge